UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE KIM TAYLOR, | No. 2:13-cv-00881 KJM KJN P |
| Petitioner, | |
| v. | |
| KEVIN R. CHAPPELL, Warden, | ORDER |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254.  On August 14, 2013, respondent filed and served a motion to dismiss the petition, on the ground that it was filed beyond the one-year statute of limitations contained in 28 U.S.C. § 2244(d).

Petitioner has not responded to the pending motion.  Pursuant to the court's order filed May 15, 2013, petitioner's opposition or statement of non-opposition to a motion to dismiss was to be filed and served within thirty days after service of the motion.  (See ECF No. 4.)  Local Rule 230(l) provides that "[f]ailure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion."  Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Finally, Rule 41(b), Federal Rules of Civil Procedure, authorizes the dismissal of

an action if the party who initiated the action "fails to prosecute or to comply with these rules or a court order."

Accordingly, IT IS HEREBY ORDERED that petitioner shall, within fourteen (14) days after service of this order, show cause why his failure to oppose respondent's August 14, 2013 motion to dismiss (ECF No. 13), should not be construed as a waiver of opposition to the motion. If petitioner intends to oppose the motion, he shall say so in his response to this order, and separately file his opposition within the same deadline, or demonstrate good cause to obtain an extension of time to file his opposition.  Alternatively, if petitioner prefers to request the voluntary dismissal of this action, he shall say so.  Failure of petitioner to timely respond to this order or to file an opposition to the pending motion will be construed as abandonment of this action, and will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), for lack of prosecution, and due to petitioner's failure to comply with the aforementioned rules and court order.

SO ORDERED.

Dated: October 17, 2013

taly0881.nooppo.hc

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2